**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ZORAN ZUZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-01099 (RC) |
| | ) | |
| OFFICE OF THE HIGH REPRESENTATIVE, et al., | ) ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE BY UNITED STATES

On September 11, 2015, the Court issued a Request for Statement of Interest, soliciting the views of the United States, pursuant to 28 U.S.C. § 517,[1] regarding whether "Defendants Inzko and Ashdown satisfy the requirements set forth at section 8(a) of the IOIA, 22 U.S.C. § 288e(a), in order to obtain international official immunity under the IOIA, or, more generally, the interpretation of that statutory provision, specifically the language 'duly notified to and accepted by the Secretary of State as a representative, officer, or employee.'"  The United States appreciates the Court's invitation.

The United States has been diligently considering the Court's request for a Statement of Interest, a process that requires consultation among multiple entities within the Executive Branch and approval by the Assistant Attorney General for the Civil Division of the Department of Justice.  The United States expects to complete its deliberations and, should it decide to

---

[1] Pursuant to 28 U.S.C. § 517, "[t]he Solicitor General, or any officer of the Department of Justice, may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any other interests of the United States."

participate, to submit a Statement of Interest by no later than November 20, 2015.  The United States appreciates the Court's consideration and patience.

Dated: October 2, 2015           Respectfully submitted,

          BENJAMIN C. MIZER
          Principal Deputy Assistant Attorney General
          Civil Division

          VINCENT H. COHEN, Jr.
          Acting United States Attorney

          ANTHONY J. COPPOLINO
          Deputy Branch Director
          Federal Programs Branch

          _____/s/_____
          NICHOLAS CARTIER
          (D.C. Bar # 495850)
          Trial Attorney
          U.S. Department of Justice
          Mail:   P.O. Box 883
          Washington, DC  20001
          Ph:      (202) 616-8351
          Fax:    (202) 616-8470
          Email:  nicholas.cartier@usdoj.gov

          *Attorneys for United States*