

United States Department of State

*Office of Foreign Missions*

*Washington, D.C. 20520*

To Whom It May Concern:

    This is to certify that I, Clifton Seagroves, Acting Deputy Director of the Office of Foreign Missions, am responsible for maintaining the official records of individuals notified to and accepted by the Department of State as officers and employees of international organizations designated pursuant to the International Organizations Immunities Act (IOIA), 22 U.S.C. § 288 *et seq.*

    The official records of the Department of State indicate that Valentin Inzko, who has been the High Representative in the Office of the High Representative for Bosnia and Herzegovina (OHR) since March 13, 2009 and continues to serve in that capacity, and Jeremy John Durham "Paddy" Ashdown, who served as the High Representative from May 2002 to January 2006, have been notified to the Secretary of State and accepted by the Director of the Office of Foreign Missions, acting pursuant to delegated authority from the Secretary of State.

    By Executive Order 13568, March 8, 2011, the President ordered that all privileges, exemptions, and immunities provided by the IOIA be extended to the OHR and to its officers and employees.

                                                Clifton Seagroves
                                                Acting Deputy Director

Department of State,

    Washington, November 20, 2015.