**Dr. Valentin Inzko**
*The High Representative for Bosnia and Herzegovina*

**Ambassador Gentry O. Smith**
Director, Office of Foreign Missions
U.S. Department of State
Washington, D.C. 20520

Sarajevo, 17th August 2015

Dear Ambassador Smith,

I am writing to request written confirmation of the Secretary of State's acceptance of Lord Jeremy "Paddy" Ashdown and myself as representative, officer, or employee of the Office of the High Representative pursuant to the *International Organizations Immunities Act (IOIA)*.

The *Extending Immunities to the Office of the High Representative and the International Civilian Office in Kosovo Act of 2010* (Public Law 111-177, 124 Stat. 1260) was adopted by congress and signed into law in 2010. President Obama implemented the provisions of the Act through the issuance of Executive Order 13568, which reads in part:

> [I]t is hereby ordered that all privileges, exemptions, and immunities provided by the International Organizations Act be extended to the Office of the High Representative in Bosnia and Herzegovina and to its officers and employees (...).

The IOIA requires that officers and employees of a designated international organization be notified to, and accepted by, the Secretary of State in order to be entitled to the benefits of the law.

The Office of the High Representative duly notified the Secretary of State of several officers and employees entitled to such immunity, including myself as current High Representative and Jeremy John Durham "Paddy" Ashdown, who held the position of High Representative in Bosnia from May 2002 until January 2006.

I respectfully request written confirmation that the notifications of Lord Ashdown and myself were accepted by the Secretary of State.

Sincerely,

*[signature]*

**OHR**  Office of the High Representative for Bosnia and Herzegovina
E. Bluma 1, 71000 Sarajevo, Bosnia and Herzegovina
Tel.: ++387 33 283 500   Fax: ++ 387 33 283 501