# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ZORAN ZUZA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil No. 1:14-cv-01099 |
| ) | |
| OFFICE OF THE HIGH ) | |
| REPRESENTATIVE, *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### SPECIALLY APPEARING DEFENDANTS' RESPONSE TO STATEMENT OF INTEREST OF UNITED STATES OF AMERICA

Specially Appearing Defendants, Valentin Inzko and Lord Jeremey Ashdown ("High Representatives") agree with the United States' position that they are "immune from suit" under the International Organizations Immunity Act.  22 U.S.C. § 288e(a)-(b).  Plaintiff's motion for reconsideration should therefore be denied.

With its statement of interest, the State Department has confirmed its acceptance of the High Representatives, stating that they "have been notified to the Secretary of State and accepted by the Director of the Office of Foreign Missions, acting pursuant to delegated authority from the Secretary of State."  Dkt. 41-1; *see also* Dkt. 41-2 (requesting written confirmation of immunity).  As such, the High Representatives are immune from suit for actions taken in their official capacity, the sole basis for Plaintiff's lawsuit.  This Court thus lacks jurisdiction to entertain Plaintiff's lawsuit based upon the United States State Department's acceptance of the High Representative.  Dkt. 18 at 4-5; *see also* Dkt. 26 at 9-12.

For these reasons, the Court should deny Plaintiff's motion for reconsideration.

          Respectfully submitted,

          BAKER & HOSTETLER LLP

          By: /s/ Mark A. Cymrot
          Mark A. Cymrot (D.C. Bar No. 164673)
          Paul M. Levine (D.C. Bar No. 999320)
          Washington Square, Suite 1100
          1050 Connecticut Avenue, N.W.
          Washington, D.C.  20036
          mcymrot@bakerlaw.com
          pmlevine@bakerlaw.com
Dated:  December 7, 2015          T: (202) 861-1500
          F: (202) 861-1783

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2015, the foregoing Defendants' Response To Statement of Interest of United States Of America was filed with the Clerk of Court via the CM/ECF system, causing it to be served on all counsel of record and Plaintiff Zoran Zuza, whose Motion for a password to the CM/ECF password was granted on October 28, 2014.

                                                  /s/ Mark A. Cymrot
                                                  Mark A. Cymrot